# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2021

Bridget M. McCormack,
Chief Justice

161803

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                              SC: 161803
                                              COA: 345585
                                              Oakland CC: 2018-266150-FC

CARLTON PAUL WILLIAMS,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 7, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021



                            Clerk

a0113